UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD CHARLES BEERS,

    Petitioner,

vs.

ISIDRO BACA, *et al.*,

    Respondents.

3:17-cv-00443-RCJ-WGC

**ORDER**

On August 22, 2017, this court entered an order providing petitioner thirty (30) days to have the filing fee of five dollars ($5.00) sent to the clerk of the court. ECF No. 4. Petitioner was advised that failure to comply would result in the dismissal of this action.

Petitioner has not complied with the court's order within the allotted time, so the court will dismiss this action. Reasonable jurists would not find the court's conclusion to be debatable or wrong, so the court will not issue a certificate of appealability.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice for petitioner's failure to comply with the court's order. The Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

**IT IS FURTHER ORDERED** that the Clerk shall add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

**IT IS FURTHER ORDERED** that the Clerk shall electronically serve upon respondents a copy of this order. No response is necessary.

Dated this 26th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE